USCA1 Opinion

 

 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 95-1948 UNITED STATES, Appellee, v. ARMONDO JOHNTEL COLE, Defendant, Appellant. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MAINE [Hon. D. Brock Hornby, U.S. District Judge] ___________________ ____________________ Before Selya, Boudin and Lynch, Circuit Judges. ______________ ____________________ R. Scott Miller, Jr. on brief for appellant. ____________________ Jay P. McCloskey, United States Attorney, George T. Dilworth and ________________ ___________________ Helene Kazanjian, Assistant United States Attorneys, on brief for _________________ appellee. ____________________ December 2, 1996 ____________________ Per Curiam. We have carefully reviewed the record in __________ this case, including the briefs of the parties. We find that the evidence presented was clearly sufficient for a rational jury to have found Cole guilty, beyond a reasonable doubt, of each count in the indictment.  Affirmed. See 1st Cir. Loc. R. 27.1. ________ ___ -2-